**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

Direct email: mhiller@weisshiller.com                            Telecopier: (212) 753-4530
Website: www.weisshiller.com

July 6, 2011

*Via Electronic Case Filing System*

Honorable Sandra L. Townes
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Moran Towing Corporation v. The Barge New Jersey, et al.*
             11 Civ. 2636 (SLT)

Dear Judge Townes:

      We submit herewith on behalf of American Stevedoring, Inc. ("American") a copy of the Order to Show Cause to Vacate Certain Arrest Orders and to Dismiss. We apparently had a problem uploading the papers onto the ECF system this morning.

      At present, cargo is currently awaiting transshipment by the barge NEW YORK from Newark to Brooklyn to be loaded onto THE LETOILE (CGM) which will arrive in Brooklyn this evening, and THE HOFUF (NSCSA), which will arrive in Brooklyn tomorrow morning. Any arrest of THE NEW YORK will prevent the transportation of this cargo and immediately impact the steamship lines CGM and National Steamship Company of Saudi Arabia, in addition to customers, manufacturers, distributors and retailers awaiting their shipments from these companies.

      We respectfully request that the Court refrain from arresting the NEW YORK until American has the opportunity to contest such arrest at a hearing before this Court.

      Thank you for your consideration.

                                          Respectfully submitted,

                                          Michael S. Hiller

MSH:me
  c:     Alan Weigel, Esq.
          Michael Geraghty, Esq.