Jeffrey W. Lorell (jeff.lorell@saiber.com)
Michael J. Geraghty (mjg@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333

Attorneys for Claimant
The Port Authority of New York and New Jersey

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MORAN TOWING CORPORATION<br><br>                    Plaintiff,<br><br>  -against-<br><br>THE BARGE NEW JERSEY, HER TACKLE, ETC., *IN REM*, THE BARGE NEW YORK, HER TACKLE, ETC., *IN REM*, AND AMERICAN STEVEDORING INC., *IN PERSONAM*<br><br>                    Defendants.<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY<br><br>           Claimant/Cross-claimant/<br>                    Counterclaimant<br><br>  -against-<br><br>AMERICAN STEVEDORING, INC. and MORAN TOWING CORPORATION<br><br>           Cross-claim Defendant and<br>              Counterclaim Defendant. | 11-Civ 2636 (SLT)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Claimant The Port Authority of New York and New Jersey ("Port Authority") is represented by the firm of Saiber LLC in the above matter. Jeffrey

W. Lorell hereby enters his appearance as counsel of record in addition to Michael J. Geraghty, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of the Port Authority.  Accordingly, the Port Authority respectfully requests that any future Notices of Electronic Filing related to this case also be forwarded to Jeffrey W. Lorell at (jeff.lorell@saiber.com).

Dated:  July 6, 2011

      **SAIBER LLC**
      Attorneys for Claimant
      The Port Authority of New York
      and New Jersey


By:    /s/ Jeffrey W. Lorell
       JEFFREY W. LORELL